MURRAY FRITZ, an Infant, by ABRAHAM FRITZ, as Guardian ad Litem, Respondent, v. LOUIS FRIEDLAND et al., Appellants.

*Negligence — child injured by beam falling from pile in front of premises whereon a building was being erected — when negligence of owner question for jury.*

*Fritz* v. *Friedland,* 209 App. Div. 889, affirmed.

(Argued October 23, 1924; decided December 9, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 6, 1924, reversing a judgment in favor of plaintiff entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant. Plaintiff, while passing a pile of lumber piled in front of defendant's premises in connection with building operations being conducted thereon, was struck by a beam dislodged by boys at play thereon and received the injuries complained of. The Appellate Division held that the facts proven were such as to require submission to the jury of the question as to whether reasonable care did not require defendant to more securely pile the lumber or to guard and protect it.

*Bertrand L. Pettigrew* and *Walter L. Glenney* for appellants.

*N. William Welling, Maurice Finkelstein* and *Nathan B. Finkelstein* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Dissenting: CARDOZO, J.